## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CAIN H. FELDER, | : | Case No. 11-1-4370-WIL |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

### NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $4,080.59 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $1.11 | Midland Credit Mgmt., Inc.<br>3234<br>#1 | 8875 Aero Drive, Suite 200<br>San Diego, CA  92123 |
| $4,079.48 | Cain H. Felder<br>7356<br>N/A | 12219 Bushey Drive<br>Silver Spring, MD  20902 |

Respectfully submitted,

December 19, 2016

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708